**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ASHTON DAVIS                          CIVIL ACTION NO. 19-0703-P

VERSUS                                JUDGE S. MAURICE HICKS, JR.

STATE OF LOUISIANA                    MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is hereby **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the Petition and exhibits that Petitioner is not entitled to relief.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of August, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT